**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KESHI CAROL ATKINSON                                                                             PLAINTIFF

v.                                             No. 3:05CV00140 JLH

PRUDENTIAL INSURANCE
COMPANY OF AMERICA                                                                            DEFENDANT

<u>**ORDER**</u>

On the first day of March, 2006, the Court conducted a hearing by telephone on the motion to compel (Docket #18) filed by plaintiff. The plaintiff appeared at the hearing through her attorney, Luther Oneal Sutter. The defendant appeared through its attorney, Jeffrey L. Spillyards. Having reviewed the briefs and having heard the arguments of counsel, for the reasons stated on the record during the telephone hearing, the motion to compel is GRANTED. The Court has previously held that the applicable regulations requires the defendant to produce certain documents. Those documents must be produced without delay.

IT IS SO ORDERED this 1st day of March, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE