# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

KESHI CAROL ATKINSON                                                                                   PLAINTIFF

v.                                          No. 3:05CV00140 JLH

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA                                                                                     DEFENDANT

## JUDGMENT

This case is remanded to The Prudential Insurance Company of America for further consideration of Ms. Atkinson's claim consistent with the Opinion and Order entered today.

IT IS SO ORDERED this 14th day of June, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE