# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KESHI CAROL ATKINSON                                                            PLAINTIFF

v.                                         NO. 3:05CV00140 JLH

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA                                                              DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel for plaintiff and counsel for defendant that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice. All pending motions are hereby rendered moot.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 22nd day of August, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE